UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WARREN LOUP                                                        CIVIL ACTION

VERSUS                                                             NO. 11-790

JOHN CARROLL ET AL.                                                SECTION "F" (2)

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:        Defendant's Motion to Stay Discovery and to Quash Subpoena Duces
               Tecum, Record Doc. No. 11

O R D E R E D:

 XXX : GRANTED AND DENIED IN PART, as provided herein. The motion is granted insofar as it seeks an order quashing the subject subpoena duces tecum and "notice of records deposition only." There was and is no need for plaintiffs to employ Fed. R. Civ. P. 45 for this discovery, when Fed. R. Civ. P. 34 provides a superior, more efficient means of obtaining discovery of tangible items from parties, as opposed to non-parties. Similarly, there is no "notice of records deposition only" in federal discovery procedure, and La. Code Civ. Pro. art. 1437 cited in plaintiff's notice does not apply in this action. **IT IS ORDERED** that all parties to this lawsuit are hereby prohibited from serving each other with subpoenas duces tecum or "notices of records deposition only" and must employ Rule 34 instead.

       The motion is denied insofar as it seeks a formal stay of discovery proceedings. While I agree that commencement of discovery was premature, Fed. R. Civ. P. 26(d)(1), particularly at a time when the appearance and representation of all defendants had not yet been accomplished, and that no response to plaintiff's requests for production is yet due, a formal stay order appears unnecessary, subject to the following: A second status conference is scheduled in this case on **August 11, 2011**. **IT IS ORDERED** that, prior to that date, counsel must confer with each other for all purposes contemplated by Fed. R. Civ. P. 26(f) and submit to me their proposed discovery plan, including a proposed date by which defendant must respond to the subject requests for production, Record Doc. No. 11-2 pp. 1-7, and any proposed procedure concerning the requests for police

officer personnel or similar files that are the subject of this motion, Record Doc. No. 11-2. See Coughlin v. Lee, 946 F.2d 1152, 1159-60 (5th Cir. 1991)(citing Frankenhauser v. Rizzo, 59 F.R.D. 339, 344 (E.D. Pa. 1973)). Thereafter, the court will enter a scheduling order, including a deadline by which responses to the subject requests for production must be provided.

New Orleans, Louisiana, this   27th   day of July, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE